# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS AIELLO, *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : : | No. 2:20-cv-06032-CFK |
| CHESTER DOWNS, LLC d/b/a HARRAH'S PHILADELPHIA CASINO AND RACETRACK, *Defendant,* | : : : : | |

## ORDER

**AND NOW**, this **15th** day of **July 2021**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), Plaintiff's Response in Opposition (ECF No. 19), and Defendant's Reply (ECF No. 20), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED.** The Clerk of Court is directed to close this matter.

                                                                                    **BY THE COURT:**

                                                                                    **/s/ Chad F. Kenney**

                                                                                    **CHAD F. KENNEY, JUDGE**